In the Matter of the Accounting of ELMER O. BRINKMAN, as Administrator of the Estate of MINA BROWN Deceased, Appellant. MARY REXFORD, Respondent.— Decree affirmed, with costs. All concur. (The decree adjudges that claimant recover against decedent's estate for services performed.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ADAM STASIAK, Respondent, v. GORDON STASIAK et al., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to set aside a conveyance on the ground of undue influence and inadequate consideration.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.